HEATHER M. BEAN, STATE BAR #228096
hbean@mvjllp.com
STEVEN D. WHANG, STATE BAR #299009
swhang@mvjllp.com
**MOKRI VANIS & JONES, LLP**
444 South Flower St., Suite 750
Los Angeles, CA 90071
T: (213) 784-3220
F: (949) 226-7150

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION (Erroneously sued and served as Costco Wholesale, Inc.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHEYENNENA BEDONIE, an individual; TONI BATTLE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE INC. and DOES 1 thru 20, inclusive,<br><br>Defendant(s). | Case No.:<br><br>[Riverside Superior Court Action No.: RIC2001382]<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY); DECLARATION OF HEATHER M. BEAN IN SUPPORT THEREOF** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendant COSTCO WHOLESALE CORPORATION (erroneously sued and served as Costco Wholesale, Inc.) (hereinafter "Costco"), by and through its counsel, hereby removes the above-captioned action from the Superior Court of the State of California, in and for the County of Riverside, to the United States District Court for the Central District of California, Eastern Division, for the reasons described below:

1. Costco is the defendant in a civil action pending against it in the Superior

-1-

**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**

Court of California for the County of Riverside, entitled *Cheyennena Bedonie, et al. v. Costco Wholesale, Inc.*, Case Number RIC2001382. A true and correct copy of the Complaint from the Superior Court action is filed concurrently with the Declaration of Heather M. Bean ("Bean Decl.") as **Exhibit A** (Bean Decl., ¶ 2, Exhibit ("Ex.") A.). Costco accepted service of Plaintiffs' Complaint via Notice and Acknowledgement on January 4, 2021. (Bean Decl., ¶ 3, **Ex. B**.). Costco filed its Answer to Plaintiffs' Complaint on February 3, 2021 in state court concurrently with this removal.

## JURISDICTION

2. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332. This case may be removed to this Court by Costco pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a case that could have been commenced in federal court based on the fact that it is a civil action between citizens of different states, and that the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs.

3. Plaintiffs are claiming more than $75,000.00 in damages, thus invoking federal court jurisdiction. Plaintiffs, in their Complaint, allege special damages of $80,000; general damages of $1,000,000; and exemplary and punitive damages for $500,000. (Bean Decl. ¶ 2, Ex. A., Pg. 9:27 – 10:4.)  Removal of this action is timely pursuant 28 U.S.C. § 1441(b)(3) as this removal is brought within 30 days after Costco was served with Plaintiffs' Complaint on January 4, 2021. Based on the foregoing, the amount in controversy exceeds the threshold amount in controversy of $75,000.00 to invoke federal court jurisdiction.

4. Pursuant to Plaintiffs' Complaint, Plaintiffs both reside in Riverside, California. (Bean Decl., ¶ 2, Ex. A., Pg. 1:21-25.) Thus, Plaintiffs are natural persons, domiciled in Riverside County, located within the State of California, which Costco is

-2-

informed and believes, is the "location where [she] has established a fixed habitation or abode…and [intends] to remain there permanently or indefinitely." *Lew v. Moss*, 797 F.2d 747, 749-50 (9th Cir. 1986).

5. Both at the time that this action was commenced and at this time, Costco is incorporated in Washington and has its principal place of business in Washington. Both the California Secretary of State and Washington Secretary of State identify COSTCO WHOLESALE CORPORATION as a Washington Corporation. COSTCO WHOLESALE CORPORATION'S principal address is 999 Lake Drive, Issaquah, Washington 98027. (Bean Decl., ¶ 5, **Ex. C**.) In accordance with, and pursuant to *Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1094 (9th Cir. 1990), if one state does not contain a substantial predominance of corporate operations, courts are to apply the "nerve center" test to determine a corporation's principal place of business. *Tosco Corp. v. Communities for a Better Environment*, 236 F.3d 495, 500 (9th Cir. 2001). The corporation's principal place of business is then determined by identifying the state "where the majority of the corporation's executives and administrative functions are performed." *Id.* This test is particularly appropriate where a corporation's activities are widespread and its operations are conducted in many states. *Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1094; *See also Lurie Co., v. Loew's San Francisco Hotel Corp.*, 315 F. Supp. 405, 412 (N.D. Cal. 1970). Here, Costco's employees, sales, production activities, tangible properties, purchases, income, etc. are spread across multiple states and multiple countries and no one state substantially predominates. Costco's corporate offices are located in Issaquah, Washington, which is the site of Costco's corporate headquarters and executive offices, where Costco's high-level officers direct, control, and coordinate Costco's activities. Washington is the "nerve center" for Costco's operations.

6. Plaintiff named "DOES 1 thru 20, Inclusive." The DOE defendants, however, are disregarded in determining diversity jurisdiction. *See* 28 U.S.C. § 1441(b)(1);

*Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690-691 (9th Cir. 1998). Accordingly, complete diversity exists between Plaintiffs and Costco.

### INTRADISTRICT ASSIGNMENT

7. The state court action was filed in Riverside County which serves as the basis for assignment to the George E. Brown, Jr. Federal Building and United States Courthouse (Eastern Division) of the United States District Court, Central District of California.

### NOTICE TO PLAINTIFF AND STATE COURT

8. Immediately following the filing of this Notice of Removal of Action, written notice of this filing will be served on all parties and will be filed with the Clerk of the Superior Court for the County of Riverside, in accordance with 28 U.S.C. § 1446(d).

### DEMAND FOR JURY TRIAL

9. Costco demands a jury trial of twelve jurors pursuant to F.R.C.P. Rule 48.

WHEREFORE, the undersigned requests that the action described above be removed in its entirety to this Court for all further proceedings pursuant to 28 U.S.C. § 1441, et seq.

Dated: February 3, 2021

MOKRI, VANIS & JONES, LLP

By: /S/ Heather M. Bean
_____
HEATHER M. BEAN, ESQ.
STEVEN D. WHANG, ESQ.
Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

## DECLARATION OF HEATHER M. BEAN

I, Heather M. Bean, declare:

1. I am an attorney licensed to practice in the State of California and admitted to practice before the United States District Court for the Central District of California. I am a partner at the law firm of Mokri, Vanis & Jones, LLP, counsel for Defendant Costco Wholesale, Corp. ("Costco"), in this action. The following is based on my personal knowledge and if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiffs Cheyenna Bedonie's and Toni Battle's ("Plaintiffs") Complaint, filed in Riverside County Superior Court.

3. Attached as **Exhibit B** is a true and correct copy of the Notice and Acknowledgement of service of Plaintiffs' Complaint on Costco signed by Costco's representative on January 4, 2021.

4. Costco's Answer to Plaintiffs' Complaint was filed in Riverside County Superior Court on February 3, 2021 concurrently with this removalw.

5. Attached as **Exhibit C** is a true and correct printout from the California Secretary of State's website, reflecting Costco's principal address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 3, 2021, at Los Angeles, California.

                                        /S/ Heather M. Bean
                                           Heather M. Bean

**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action or proceeding. I am employed in and am a resident of Los Angeles County where the mailing occurs; and my business address is 444 S. Flower Street, Suite 750, Los Angeles, CA 90071.

On February 3, 2021, I caused to be served the following document(s):

**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**

On the interested parties in this action by:

__X___   BY MAIL: I further declare that I am readily familiar with the firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure section 1013(a). I then sealed each envelope and, with postage thereon fully prepaid, placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

_____   BY FACSIMILE SERVICE: I transmitted the document(s) described above to the person(s) and facsimile number(s) identified below pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine.

_____   ELECTRONIC SERVICE: I caused electronic service of the document(s) described above to the person(s) and email addresses identified below to the e-mail address as shown, on the date listed below. A true copy of the above-described document(s) was transmitted by electric transmission through the United States District Court **CM/ECF** program, which will send notification(s) of such filing.

_____   ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided on (date letter sent), that during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or

other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.  [CRC Rule 2.251(c)(3)]

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 3, 2021, at Los Angeles, California.

_____
OLIVIA TERRAZAS

**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**

## SERVICE LIST

| |
|---|
| Donald E. Iwuchukwu, Esq.<br>Law Office of Donald Iwuchukwu<br>3450 Wilshire Blvd., #1020<br>Los Angeles, CA 90010<br>Tel: (213) 380-4144<br>Fax: (213) 380-6061<br>Email: *Not Available*<br><br>Attorneys for Plaintiffs, CHEYENNENA BEDONIE and TONI BATTLE |

**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**