JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNENA BEDONIE, an individual; and<br>TONI BATTLE, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COSTCO WHOLESALE CORPORATION, erroneously sued as Costco Wholesale, Inc.; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 5:21-cv-00200-JGB (KKx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the "Order Granting Defendant's Motion for Summary Judgment," entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the motion for summary judgment (Dkt. No. 25) filed by Defendant Costco Wholesale Corporation, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Costco's motion for summary judgment is **GRANTED**.
2. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.
3. Final judgment is **ENTERED** in favor of Costco.
4. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: June 9, 2022

　　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　United States District Judge